UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

DEC 1 6 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6: 22-cr-77-REW
21 U.S.C. § 841(a)(1)

MACAUTHUR YOUNG

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 16, 2022, in Wayne County, in the Eastern District of Kentucky,

**MACAUTHUR YOUNG**

knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **MACAUTHUR YOUNG** committed the offense charged in this count, **MACAUTHUR YOUNG** had a final conviction for a serious drug felony, namely, a conviction under Kentucky Revised Statutes § 218A.1412, Trafficking in Controlled Substance in the First Degree, 2 grams or more of heroin, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL

███████████████

FOREPERSON

_/s/ Carlton S. Shier_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony or Serious Violent Felony Conviction:**
Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.